JS-6

1

2

3

4

5

6

7

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MARISSA E. K.,[1]                           Case No. CV 23-8760 PVC

12                    Plaintiff,

13          v.                                    **JUDGMENT**

14   MARTIN J. O'MALLEY,
     Commissioner of Social Security,[2]

15                    Defendant.

16

17

18          IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that

19   the above-captioned action is REMANDED to the Commissioner for further action

20   consistent with the Court's Memorandum Decision and Order.

21

22   DATED: October 8, 2024

23

24                                        _____
                                          PEDRO V. CASTILLO
25                                        UNITED STATES MAGISTRATE JUDGE

26   [1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil
     Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court
27   Administration and Case Management of the Judicial Conference of the United States.

28   [2] Martin J. O'Malley, Commissioner of Social Security, is substituted for his predecessor,
     whom Plaintiff named in the Complaint.  *See* Fed. R. Civ. P. 25(d).