Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
18321 Ventura Blvd. Suite 355
Tarzana, CA 91356
TEL/FAX:  (800) 935-3170
mshvarts@dagaccess.com
Attorneys for Plaintiff, Marissa Kahn

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARISSA KAHN,                              )
      Plaintiff,                          )   Case No.: 2:23-cv-08760-PVC
                                          )
    vs.                                   )
                                          )   ORDER FOR AWARD OF EAJA
MARTIN O'MALLEY,                          )   FEES
Commissioner of Social Security,          )
      Defendant.                        )
_____ )

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **FOUR THOUSAND SEVEN HUNDRED AND FIFTY DOLLARS** ($4,750.00)  as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:    11/15/24


_____
HON. Pedro V. Castillo
United States Magistrate Judge